UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:07-cr-136-Ftm-29 DNF
8:1324(a)(1)(A)(iii)
8:1324(a)(1)(A)(v)(I)
8:1324(b) (Forfeiture)
18:982

CESAR NAVARRETE
GEOVANNI NAVARRETE
JOSE NAVARRETE
VIRGINIA NAVARRETE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From a date unknown, but at least by September 1, 2007, to on or about November 28, 2007, in Collier County, in the Middle District of Florida, and elsewhere, the defendants herein,

CESAR NAVARRETE
GEOVANNI NAVARRETE
JOSE NAVARRETE
VIRGINIA NAVARRETE

did knowingly and willfully combine, conspire, and agree with each other and with others known and unknown to the Grand Jury, to commit or aid and abet the concealing, harboring, and shielding of one or more illegal aliens from detection within the United States, for commercial advantage or financial gain.

In violation of Title 8, United States Code, Sections and 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(I).

## COUNT TWO

On or about November 20, 2007, in Collier County, in the Middle District of Florida, and elsewhere, the defendants herein,

> CESAR NAVARRETE
> GEOVANNI NAVARRETE
> JOSE NAVARRETE
> VIRGINIA NAVARRETE

did knowingly and in reckless disregard of the fact that an alien or aliens had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield one or more illegal aliens from detection within the United States, for commercial advantage and financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982.

2. The defendants, Cesar Navarrete, Geovanni Navarrete, Jose Navarrete, and Virginia Navarrete, shall forfeit to the United States of America, pursuant to Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section 982, any and all right, title, and interest they may have in any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the defendants are convicted; and any property real and personal -- that constitutes, or is derived from, or is traceable to proceeds obtained, directly or indirectly, from the

commission of the offense, of which the defendants are convicted; or that is used to facilitate, or is intended to be used to facilitate the commission of which the defendants are convicted. Said property, interests, claims, and contractual rights to include, but are not limited to, the following:

    a.    A residence located at 209 South 7th Street, Immokalee, Florida, 34142, consisting of, but not limited to a single story residential home, or the gross proceeds of this violation.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: DEC 5, 2007

A TRUE BILL,

_____
Deputy-Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

By: _____
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

CESAR NAVARRETE
GEOVANNI NAVARRETE
JOSE NAVARRETE
VIRGINIA NAVARRETE

## INDICTMENT

Violations:

8 USC §1324(a)(1)(A)(iii)
8 USC §1324(a)(1)(A)(v)(I)
8 USC §1324(b) (Forfeiture)
18 USC §982

A true bill,

_____
   Foreperson

Deputy

Filed in open court this 5th day

of December, A.D. 2007.

_____
   Clerk

Bail $ _____

GPO 863 525