UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:S07-cr-136-FtM-29DNF

CESAR NAVARRETE
    a/k/a CESAR NAVARRETE
    a/k/a ABRAHAM MENDOZA
GEOVANNI NAVARRETE
    a/k/a GIOVANNI NAVARRETE
VILLHINA NAVARRETE
    a/k/a VIRGINIA NAVARRETE
ISMAEL MICHAEL NAVARRETE
    a/k/a JUAN JUAREZ
    a/k/a JUAN ZUNIGA RAMIREZ
    a/k/a ISRAEL NAVARRETE
ANTONIA ZUNIGA VARGAS
    a/k/a ANTONIA ZUNIGA
    a/k/a ANTONIA NAVARRETE SUNIGA

**MOTION TO USE SEIZED FUNDS FOR VICTIM
RESTITUTION AND TO ABANDON FORFEITURE PROCEEDINGS**

    The United States of America, by GRACE CHUNG BECKER, Acting Assistant Attorney General, Civil Rights Division, United States Department of Justice, through trial attorneys Susan L. French and Adriana Vieco, and without objection of the defendants, moves this Court to apply the U. S. currency in the amount of $13,764 seized November 29, 2007, at 209 South 7th Street, Immokalee, Florida, from the Navarrete property towards victim restitution as may be ordered by this Court. This Motion eliminates the need to proceed with a Preliminary Order of Forfeiture and accomplishes the objectives of the five Plea Agreement provisions - that the forfeited funds be applied to any Court ordered restitution.

On September 2, 2008, all five defendants entered guilty pleas pursuant to written plea agreements. Each plea agreement includes a provision that each defendant forfeit any interest in the $13,764.00 seized during the November 29, 2007, search warrant executed at the Navarrete property located at 209 South 7th Street, Immokalee, Florida, and that the funds be applied to any restitution amount ordered by the Court (See Cesar, Geovanni, Ismael Michael, and Villhina Navarrete, and Antonia Zuniga Vargas Plea Agreements, paragraphs 11).

As the $13,764.00 is the sole asset subject to forfeiture in the Second Superceding Indictment, and as the parties agree this asset should be applied to victim restitution, the parties agree that further forfeiture proceedings will be abandoned. Accordingly, the parties move this Court to order that the seized $13,764.00 be transferred to the Court for victim restitution and until further order of this court as to its distribution.

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division
United States Department of Justice

By: _____
SUSAN L. FRENCH
ADRIANA VIECO
Trial Attorneys
Criminal Section